Richard C. Ochoa (CA Bar No. 145998)
Alfred Shaumyan (CA Bar No. 266908)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. (as successor by merger to CHASE HOME FINANCE LLC) and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

JS-5/JS-6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN RAMIREZ,<br><br>              Plaintiff,<br><br>      vs.<br><br>CHASE HOME FINANCE LLC; BRIDGEFIELD MORTGAGE CORPORATION fka ResMAE MORTGAGE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-50, inclusive,<br><br>              Defendants. | Case No. 2:11-cv-04949-VBF-FFMx<br><br>[PROPOSED] **JUDGMENT OF DISMISSAL**<br><br><br><br>Complaint Filed:  April 5, 2011<br>Trial Date:          None set |

859744\0322988

[PROPOSED] JUDGMENT OF DISMISSAL

1  WHEREAS, on August 15, 2011, the Court entered an order GRANTING
2  defendants, JPMorgan Chase Bank, N.A. (as successor by merger to Chase Home
3  Finance LLC) and Mortgage Electronic Registration Systems, Inc.'s Motion to
4  Dismiss the Complaint of plaintiff Martin Ramirez ("Plaintiff"), with leave to
5  amend by September 6, 2011 [Docket No. 20];
6  WHEREAS, Plaintiff failed to amend the Complaint as of the September 6,
7  2011 deadline ordered by the Court [Docket No. 21];
8  JUDGMENT IS HEREBY ENTERED DISMISSING PLAINTIFF'S
9  COMPLAINT WITH PREJUDICE.

Dated: 9/29/2011

_____
AUDREY COLLINS
CHIEF U.S. DISTRICT JUDGE

859744\0322988

[PROPOSED] JUDGMENT OF DISMISSAL

2